## FLORANCE *v.* NOLAN et al. <span style="float:right">| 4 329 |<br>| 50 1239 |</span>

Where a debtor is insolvent to the knowledge of his creditor, who receives from him, in payment of an antecedent debt, goods upon which he has no privilege as vendor, the preference is an illegal one. C. C. 1965 to 1989.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge, J. Benjamin* and *Micou,* for the plaintiff. *Preston,* for the appellant, *Opdyke.* The judgment of the court *(King,* J. absent,) was pronounced by

SLIDELL, J. It is unnecessary to decide the question presented by the appellant, whether the landlord had a privilege, upon the goods removed by purchasers, for rent not due at the time of removal.

The action does not rest simply upon the assertion of a privilege, but is also a revocatory action under the provisions of art. 1965 *et seq.* of the Code. It is satisfactorily proved that *Nolan* was insolvent, to the knowledge of the appellant; and, although there may have been no moral fraud, the receiving of that portion of the goods upon which the appellants had not the vendor's privilege, in payment of an antecedent debt, was an illegal preference.

*Judgment affirmed.*